NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE IPCOM GMBH & CO., KG,

*Petitioner.*

Miscellaneous Docket No. 972

On Petition for Writ of Mandamus to the United States District Court for the District of Columbia in case no. 08-CV-1897, Judge Rosemary M. Collyer.

## ORDER

The respondents move for an extension of time, until December 31, 2010, to file their response to the mandamus petition.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted in part. The response is due no later than 5 p.m. on December 29, 2010.*

---

* The court is closed on December 30, 2010 and December 31, 2010.

FOR THE COURT

<u>DEC 1 4 2010</u>                    <u>/s/ Jan Horbaly</u>
Date                                 Jan Horbaly
                                     Clerk

cc:  Mitchell G. Stockwell, Esq.
     Michael A. Oblon, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**DEC 1 4 2010**

**JAN HORBALY
CLERK**